UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALEXANDER JAYANTY,

                                  Plaintiff,  :  17-CV-1673(DLI)(LB)

               against                   :  **STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

ST. GEORGE'S UNIVERSITY, LTD., SGU
LTD d/b/a ST. GEORGES UNIVERSITY, and
UNIVERSITY SUPPORT SERVICES LLC,

                                Defendants.
------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED,** by and between the counsel for the parties hereto, that whereas no party hereto is an infant or incompetent person for whom a committee or conservatee has been appointed and no person not a party has an interest in the subject matter of this action, the above-captioned action is voluntarily discontinued with prejudice and without fees or costs to any party.

Dated: August __2__, 2018
         Brooklyn, New York

_/s/ Stewart Lee Karlin_                         _/s/ Steven D. Hurd_
Stewart Lee Karlin, Esq.                     Steven D. Hurd, Esq.
                                              Daryl G. Leon, Esq.
STEWART LEE KARLIN LAW GROUP, PC    PROSKAUER ROSE LLP
111 John Street, 22nd Floor               Eleven Times Square
New York, New York 10038                New York, New York 10036
(212) 792-9670                                  (212) 969-3000
Attorneys for Plaintiff                         Attorneys for Defendants

#10  s/
SDI